# EXHIBIT B






Hi! Sign in Daily Deals Gift Cards Help & Contact Sell My eBay

ebay Search for anything

# Streetrend

99% positive feedback 36K items sold 927 followers

Visit store Contact Save Seller

**Category**

**All**

- Front Grille
- Hitch Step
- Roof Rack - Universal
- Trailer Hitches
- Window Visors

**Price**

- Under $75.00
- $75.00 to $150.00
- Over $150.00

$ Min to $ Max

Available inventory

**Condition**

- New (28)

see all

**Buying Format**

- All Listings (28)
- Auction
- Buy It Now (28)
- Accepts Offers

**Item Location**

- Default
- Within 25 mi
- US Only
- North America
- Worldwide

**Shipping and pickup**

- Arrives in 2-4 days
- Free Shipping
- Local Pickup within 25 mi

**Show only**

- Free Returns
- Returns Accepted
- Authorized Seller
- Completed Items
- Sold Items
- Deals & Savings
- Authenticity Guarantee

see all

More filters...

audi

28 results for **audi** Save this search

Shipping to 10570

Buying Format | Condition | Shipping and pickup | Sort: Best Match

Matte Black For 2013-2016 Audi A5 S5 B8.5 RS Honeycomb Mesh Front Bumper Grille (For: Audi)
Brand New
**$109.74**
Was: ~~$118.00~~ 7% off
Buy It Now
Free delivery
Free returns
Almost gone
**249 sold**
5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

---

For 2013-2016 Audi A5 S5 B8.5 RS Honeycomb Hex Mesh Front Bumper Grille - Black (For: Audi)
Brand New
**$117.18**
Was: ~~$126.00~~ 7% off
Buy It Now
Free delivery
Free returns
Almost gone
**671 sold**
5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

---

For 2013-2016 Audi A4 S4 RS Sport Mesh Front Bumper Grille w/Emblem Base - Black (For: Audi)
Brand New
**$117.18**
Was: ~~$126.00~~ 7% off
Buy It Now
Free delivery
Free returns
Almost gone
**739 sold**
5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

---

Matte Black For 2013-2016 Audi A4/S4 RS Honeycomb Mesh Front Hood Bumper Grille (For: Audi)
Brand New
**$109.74**
Was: ~~$118.00~~ 7% off
Buy It Now
Free delivery
Free returns
Almost gone
**354 sold**
5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

---

For 08-12 Audi A5 RS Honeycomb Mesh Front Bumper Grille Emblem Base Glossy Black (For: Audi)
Brand New
**$109.74**
Was: ~~$118.00~~ 7% off
Buy It Now
Free delivery
Free returns
**17 sold**
5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

---

For 2009-2012 Audi A4 B8 Black RS Honeycomb Mesh Front Hood Bumper Grill Grille (For: Audi)
Brand New
**$95.79**
Was: ~~$103.00~~ 7% off
Buy It Now
Free delivery
Free returns
Almost gone
**168 sold**
5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

---

For 99/2000-2006 Audi TT Black RS-Honeycomb Mesh Front Hood Bumper Grill Grille (For: Audi)
Brand New
**$81.84**
Was: ~~$88.00~~ 7% off
Buy It Now
Free delivery
Free returns
Almost gone
**47 sold**
5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

For 2006-2008 Audi A4 B7 Black RS Honeycomb Mesh Front Hood Bumper Grill Grille (For: Audi)
Brand New
**$89.28**
Was: $96.00   7% off
Buy It Now
Free delivery
Free returns
**Almost gone**
131 sold

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%


For 2006-2008 Audi A4 B7 RS Honeycomb Mesh Front Hood Bumper Grille Matte Black (For: Audi)
Brand New
**$86.49**
Was: $93.00   7% off
Buy It Now
Free delivery
Free returns
**Almost gone**
85 sold

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%


Matte Black For 02-05 Audi A4/S4 B6 RS Honeycomb Mesh Front Bumper Grill Grille (For: Audi)
Brand New
**$70.68**
Was: $76.00   7% off
Buy It Now
Free delivery
Free returns
**Almost gone**
46 sold

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%


For 2008-2011 Audi A6/S6 RS Honeycomb Mesh Front Hood Bumper Grill Grille Black (For: Audi)
Brand New
**$93.00**
Was: $100.00   7% off
Buy It Now
Free delivery
Free returns
**Almost gone**
163 sold

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%


Matte Black For 2008-2011 Audi A3 RS Honeycomb Mesh Front Bumper Grill Grille (For: Audi)
Brand New
**$102.30**
Was: $110.00   7% off
Buy It Now
Free delivery
Free returns
3 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%


For 05-07 Audi A6 Chrome/Black RS Honeycomb Mesh Front Bumper Grille Emblem Base (For: Audi)
Brand New
**$104.16**
Was: $112.00   7% off
Buy It Now
Free delivery
Free returns
5 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%


For 2002-2005 Audi A4/S4 B6 Black RS Honeycomb Mesh Front Grille w/Emblem Base (For: Audi)
Brand New
**$72.54**
Was: $78.00   7% off
Buy It Now
Free delivery
Free returns
12 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%


For 2008-2011 Audi A6/S6 RS Honeycomb Mesh Front Bumper Grill Grille Matte Black (For: Audi)
Brand New
**$93.00**
Was: $100.00   7% off
Buy It Now
Free delivery
Free returns
**Almost gone**

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



39 sold



For 2008-2011 Audi A3 Black RS Honeycomb Mesh Front Bumper Grill Grille ABS (For: Audi)
Brand New
$102.30
Was: $110.00  7% off
Buy It Now
Free delivery
Free returns
12 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



For 96-01 Audi A4/00+ S4 B5 Blk Horizontal Billet Front Hood Bumper Grill Grille (For: Audi)
Brand New
$52.08
Was: $56.00  7% off
Buy It Now
Free delivery
Free returns
3 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

For 2002-2005 Audi A4/S4 B6 Black Horizontal Front Bumper Grill Grille Guard ABS (For: Audi)
Brand New
$52.08
Was: $56.00  7% off
Buy It Now
Free delivery
Free returns
5 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



For 02-08 Audi A4/S4 B6 B7 Class 1 Trailer Hitch Receiver Rear Bumper Tow 1.25" (For: Audi)
Brand New
$138.57
Was: $149.00  7% off
Buy It Now
Free delivery
Free returns

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



3" Black Rear Hitch Step Bar Bumper Guard Trailer Tow Mount For 2" Receiver S1 (For: Audi)
Brand New
$59.52
Was: $64.00  7% off
Buy It Now
Free delivery
Free returns
24 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



59" Black Steel Foldable Trailer Tow Hitch Cargo Carrier Tray For 2" Receiver S1 (For: Audi)
Brand New
$183.21
Was: $197.00  7% off
Buy It Now
Free delivery
Free returns

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



38" Smoke Tint Sun/Moon Roof Window Sunroof Visor Vent Rain/Wind Deflector SA1 (For: Audi)
Brand New
$44.64
Was: $48.00  7% off
Buy It Now
Free delivery
Free returns
11 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



For 04-10 VW Touareg Class 3 Trailer Hitch Receiver Rear Bumper Tube Tow Kit 2" (For: Audi)
Brand New
$188.79
Was: $203.00  7% off
Buy It Now
Free delivery
Free returns

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



59" Blk Steel Foldable Trailer Tow Hitch Cargo Carrier Basket For 2" Receiver S1 (For: Audi)
Brand New
$178.56
Was: $192.00   7% off
Buy It Now
Free delivery
Free returns
3 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

Universal 2" Drop Loaded Ball Mount Bumper Trailer Tow Hitch For 2" Receiver S1 (For: Audi)
Brand New
$61.38
Was: $66.00   7% off
Buy It Now
Free delivery
Free returns
3 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%



Extendable Steel Roof Rack Basket Cargo Luggage Carrier w/Wind Fairing - Blk S1 (For: Audi)
Brand New
$289.23
Was: $311.00   7% off
Buy It Now
Free delivery
Free returns

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

43.3" Smoke Tint Sun/Moon Roof Window Sunroof Visor Vent Rain/Wind Deflector SA1 (For: Audi)
Brand New
$44.64
Was: $48.00   7% off
Buy It Now
Free delivery
Free returns
6 watchers

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

35" Smoke Tint Sun/Moon Roof Window Sunroof Visor Vent Rain/Wind Deflector SA1 (For: Audi)
Brand New
$42.78
Was: $46.00   7% off
Buy It Now
Free delivery
Free returns

5% off 2+ with coupon
Top Rated Plus
streetrend (7,414) 99%

Tell us what you think

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates
Help & Contact   Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice