# EXHIBIT C

# Order details

 P



## Order info

| | | |
|---|---|---|
| Time placed | Dec 31, 2024 at 9:48 AM |
| Order number | 15-12517-15868 |
| Total | $103.43 (1 item) |
| Sold by | streetrend |

### Delivery info

**Delivered on Wed, Jan 8, 2025**

✓ **Paid**
Dec 31

✓ **Tracking available**
Dec 31

✓ **Delivered**
Jan 8

### Tracking details

Number    771137556189

[ Track package ]

### Item info

**For 2008-2011 Audi A6/S6 RS Honeycomb Mesh Front Hood Bumper Grill Grille Black**        **$95.00**
Item number: 123012077724
Return window closed on Feb 7, 2025.

Buy again                    [ More actions ⌄ ]

### Seller info

Mavader
19221 Amalfi Ct
WALNUT, California 91789-4204
United States

### Other actions

Contact seller

## Shipping address

Gigi Ulysses
244 Madison Ave, # 411
New York, New York 10016-281
United States

## Payment info

PayPal    m***l@ipcounselors.co

1 item
Shipping
Tax*

### Order total

*We're required by law to collect sal
applicable fees for certain tax autho
Learn more

How do you like our order details
Tell us what you think





